Case 4:23-cv-01119   Document 13   Filed on 08/21/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TINA ROUSSELL, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-1119 |
| | § | |
| PROCOLLECT, INC. ET AL., | § | |
|    *Defendants*. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff, appearing pro se, filed a Complaint against Defendants on March 27, 2023.[1] ECF 1. Defendants filed Answers on April 19, 2023. ECF 7, 9. The Court noticed an initial pretrial scheduling conference for July 10, 2023. ECF 11. The parties did not file a Joint Discovery Case Management Plan and did not appear as required at the July 10, 2023 conference. Therefore, the Court entered a Show Cause Order requiring Plaintiff and defense counsel to appear and explain why they should not be sanctioned for their failure to appear at the July 10, 2023 conference. ECF 12. Neither Plaintiff nor defense counsel appeared that the show cause hearing on August 21, 2023.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 3.

The Court therefore RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with this Court's Orders.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on August 21, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge