United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TINA ROUSSELL, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-01119 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PROCOLLECT INC and | § | |
| WESTERN SURETY | § | |
| COMPANY, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Tina Roussell proceeds here *pro se*. Dkt 1. The court referred this matter for disposition to Magistrate Judge Christina A. Bryan. Dkt 3.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated August 21, 2023, recommending that this case be dismissed without prejudice because Plaintiff did not appear at the initial scheduling conference on July 10, 2023, and did not appear or respond on August 21, 2023, as ordered. Dkt 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

This case is DISMISSED WITHOUT PREJUDICE. The court will issue a separate final judgment. SO ORDERED.

Signed on September 29, 2023, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge